UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO COMPONENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN TECHNICAL CERAMICS CORP., <br><br> Defendant. | Case No. 3:08-cv-00335-IEG-NLS <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE OF COURT TO AMEND ATC'S FINAL INVALIDITY CONTENTIONS** |

Based on ATC's Unopposed Motion for Leave of Court to Amend ATC's Final Invalidity Contentions ("FICs") and for good cause shown, it is hereby ORDERED that ATC shall be permitted to amend its FICs to include U.S. Patent No. 3,304,475 to Gowen *et al.* ("Gowen") as anticipatory with respect to all of the asserted claims 1-5, 16, and 18-19 of the '356 patent-in-suit. ATC shall also be permitted to rely on the Gowen reference for obviousness combinations and for evidence of inherency of fringe-effect in capacitors.  The Court VACATES the hearing set for January 20, 2009.

**IT IS SO ORDERED.**

Dated: December 19, 2008            *Irma E. Gonzalez*
            Hon. Irma E. Gonzalez, Chief Judge
            United States District Court

1

Case No. 3:08-cv-00335-IEG-NLS