FILED

09 MAR 17 PM 2: 32

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO COMPONENTS, INC., | Case No. 3:08-cv-00335-IEG-NLS |
| Plaintiff, | **ORDER GRANTING EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL CONCERNING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY OF THE '356 PATENT** |
| v. | |
| AMERICAN TECHNICAL CERAMICS CORP., | |
| Defendant. | |

Based on PLAINTIFF'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER

SEAL CONCERNING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY

OF THE '356 PATENT, and for good cause shown, it is hereby ORDERED that the Ex Parte

Application is granted.

IT IS SO ORDERED.

Dated: _____3/17/09_____

IRMA E. GONZALEZ, Chief Judge
United States District Court