

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO COMPONENTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN TECHNICAL CERAMICS CORP.,<br><br>Defendant. | Case No. 3:08-cv-00335-IEG-NLS<br><br>**ORDER GRANTING EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL CONCERNING ATC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY OF THE '356 PATENT**<br><br>Courtroom 1<br>District Judge Irma E. Gonzalez |

Based on Defendant American Technical Ceramics Corp's ("ATC") Ex Parte Application To File Documents Under Seal Concerning ATC's Memorandum of Points and Authorities in Support of Its Opposition to Plaintiff's Motion for Summary Judgment of Validity of the '356 Patent and for good cause shown, it is hereby ORDERED that ATC's Memorandum of Points and Authorities in Support of Its Opposition to Plaintiff's Motion for Summary Judgment of Validity of the '356 Patent and Exhibits 11, 15, 17, 18, 19, 21, and 22 are hereby accepted for filing under seal.

ATC will submit to the Court and to counsel for Plaintiff Presidio Components, Inc. ("Presidio") a proposed redacted version of ATC's Memorandum of Points and Authorities in Support of Its Opposition to Plaintiff's Motion for Summary Judgment of Validity of the '356 Patent where certain information designated by the parties as "CONFIDENTIAL" and

1  "ATTORNEYS' EYES ONLY" is redacted. Presidio is **ORDERED** to review the proposed
2  redacted version and indicate any further redactions it deems necessary. Once Presidio provides an
3  approved redacted copy to ATC, ATC will file it publicly on ECF.
4  **IT IS SO ORDERED.**

Dated: 4/1/09

Irma E. Gonzalez, Chief Judge
United States District Court

2

ORDER GRANTING EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL CONCERNING ATC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY OF THE '356 PATENT
Case No. 3:08-cv-00335-IEG-NLS