FILED
APR 7 - 2009
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO COMPONENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN TECHNICAL CERAMICS CORP., <br><br> Defendant. | Case No. 3:08-cv-00335-IEG-NLS <br><br> [PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL CONCERNING PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF VALIDITY OF THE '356 PATENT |

Based on PLAINTIFF'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL CONCERNING PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF VALIDITY OF THE '356 PATENT, and for good cause shown, it is hereby ORDERED that the Ex Parte Application is granted.

IT IS SO ORDERED.

Dated: 4/7/09

_____
Judge of the District Court