1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

PRESIDIO COMPONENTS, INC.,

Plaintiff,

vs.

AMERICAN TECHNICAL CERAMICS
CORP.,

Defendant.

AMERICAN TECHNICAL CERAMICS
CORP.,

Counter-Claimant,

vs.

PRESIDIO COMPONENTS, INC.,

Counter-Defendant.

CASE NO. 08cv335 - IEG - NLS

ORDER GRANTING
DEFENDANT'S EX PARTE
MOTION TO ALLOW MEDIA
EQUIPMENT IN THE
COURTROOM
[Doc. 157]

On April 17, 2009, defendant American Technical Ceramics Corp. ("ATC") submitted an Ex Parte Motion to Allow Media Equipment in the Courtroom for the April 23, 2009 hearing.  Good cause appearing, the Court GRANTS the ex parte motion.  ATC may bring the following equipment into the Courtroom:

    1.  Two laptop computers;

    2.  Power Cables;

    3.  Backup storage devices such as pen drives and CD-ROMs;

4. Laser pointer;

5. Markers;

6. Physical exhibits in the form of sample multilayer capacitors.

**IT IS SO ORDERED.**

**DATED:  April 21, 2009**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**