# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO COMPONENTS, INC.,<br><br>                       Plaintiff,<br>    vs.<br><br>AMERICAN TECHNICAL CERAMICS CORP.,<br><br>                     Defendant. | CASE NO. 08cv335 - IEG - NLS<br><br>ORDER DENYING ATC'S ARGUMENT REGARDING PROPOSED ADDITIONAL ADMITTED AND UNCONTESTED FACTS<br><br>[Doc. No. 185.] |

      At the Pretrial Conference, a week after the parties lodged their Proposed Pretrial Order, defendant American Technical Ceramics Corp. ("ATC") submitted under seal an "Argument Regarding Proposed Additional Admitted and Uncontested Facts." (Doc. No. 185.) Presidio submitted an opposition on June 15, 2009. On June 1, 2009, the Court signed and entered the Pretrial Order. As such, ATC's argument is DENIED AS MOOT.

      Furthermore, the Court directs the parties to meet and confer regarding any additional admitted and uncontested facts. No later than two weeks prior to trial, the parties shall submit any additional stipulations as appropriate.

**IT IS SO ORDERED.**

**DATED:  August 6, 2009**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**