ORIGINAL



FILED

DEC 16 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO COMPONENTS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN TECHNICAL CERAMICS CORP.,<br><br>    Defendant. | Case No. 3:08-cv-00335-IEG-NLS<br><br>**VERDICT FORM** |
| AMERICAN TECHNICAL CERAMICS CORP.,<br><br>    Counter-Claimant,<br><br>v.<br><br>PRESIDIO COMPONENTS, INC.,<br><br>    Counter-Defendant. | |

**FINDINGS ON INFRINGEMENT CLAIMS**

1. Do you unanimously find Presidio has proven by a preponderance of the evidence that ATC's 545L capacitors infringe any of the following asserted claims of the '356 patent:

CLAIM 1          Yes __X__        No _____

(If your answer is "No" with respect to claim 1, you need not answer for the remaining claims.)

CLAIM 2          Yes __X__        No _____

CLAIM 3          Yes __X__        No _____

(If your answer is "No" with respect to claim 3, you need not answer for claims 4 and 5.)

CLAIM 4          Yes __X__        No _____

CLAIM 5          Yes __X__        No _____

CLAIM 16         Yes __X__        No _____

CLAIM 18         Yes __X__        No _____

CLAIM 19         Yes __X__        No _____

## FINDINGS ON INVALIDITY DEFENSES

(The questions regarding invalidity should be answered regardless of your findings with respect to infringement.)

A. **Anticipation**

2. Do you unanimously find ATC has proven by clear and convincing evidence that any or all of the asserted claims of the '356 patent are "anticipated," or, in other words, not new because of the disclosure in the following:

**Figueroa, U.S. Patent No. 6,483,692:**

| | | |
|---|---|---|
| CLAIM 1 | Yes _____ | No __X__ |
| CLAIM 2 | Yes _____ | No __X__ |
| CLAIM 3 | Yes _____ | No __X__ |
| CLAIM 4 | Yes _____ | No __X__ |
| CLAIM 5 | Yes _____ | No __X__ |
| CLAIM 16 | Yes _____ | No __X__ |
| CLAIM 18 | Yes _____ | No __X__ |
| CLAIM 19 | Yes _____ | No __X__ |

**August 2000 Capacitors:**

| | | |
|---|---|---|
| CLAIM 1 | Yes _____ | No __X__ |
| CLAIM 3 | Yes _____ | No __X__ |
| CLAIM 5 | Yes _____ | No __X__ |
| CLAIM 16 | Yes _____ | No __X__ |
| CLAIM 18 | Yes _____ | No __X__ |
| CLAIM 19 | Yes _____ | No __X__ |

**Heron U.S. Patent No. 4,931,901:**

| Claim | Yes | No |
|---|---|---|
| CLAIM 1 | | X |
| CLAIM 2 | | X |
| CLAIM 3 | | X |
| CLAIM 4 | | X |
| CLAIM 5 | | X |
| CLAIM 16 | | X |
| CLAIM 18 | | X |
| CLAIM 19 | | X |

**B.  Obviousness**

3.  Do you unanimously find ATC has proven by clear and convincing evidence that any or all of the asserted claims of the '356 patent were obvious or obvious to try in light of the following combinations:

**Heron (U.S. Patent No. 4,931,901) in combination with Aoyagi (U.S. Patent No. 5,978,205)**

| Claim | Yes | No |
|---|---|---|
| CLAIM 1 | | X |
| CLAIM 2 | | X |
| CLAIM 3 | | X |
| CLAIM 4 | | X |
| CLAIM 5 | | X |
| CLAIM 16 | | X |
| CLAIM 18 | | X |
| CLAIM 19 | | X |

**August 2000 Capacitors in combination with Aoyagi (U.S. Patent No. 5,978,205)**

CLAIM 2          Yes _____          No __X__

CLAIM 4          Yes _____          No __X__

**C.   Inventorship**

   4.   Do you unanimously find ATC has proven by clear and convincing evidence that the '356 patent fails to meet the requirement to name all actual inventors and only the actual inventors?

          Yes _____          No __X__

**D.   Written Description Requirement**

   5.   Do you unanimously find ATC has proven by clear and convincing evidence that the '356 patent does not contain an adequate written description of the claimed invention of claim 1?

          Yes _____          No __X__

**E.   Enablement**

   6.   Do you unanimously find ATC has proven by clear and convincing evidence that the '356 patent does not contain a description of the claimed invention that is sufficiently full and clear to enable persons of ordinary skill in the art to make and use the invention of claim 1?

          Yes _____          No __X__

**FINDINGS ON DAMAGES (IF APPLICABLE)**

If you found at least one claim of the '356 patent infringed and did not find that particular claim invalid under any of the categories in sections 2-6, then answer the following question:

7. What amount of damages, if any, do you unanimously find Presidio has proven by a preponderance of the evidence for infringement of the '356 patent?

Amount $ 1,048,677 of lost profits

Or ~~Amount $ _____ of reasonable royalty~~  N/A

**FINDINGS ON WILLFUL INFRINGEMENT (IF APPLICABLE)**

Answer Question 8 only if you have unanimously found that at least one claim of Presidio's '356 patent is infringed and did not find that particular claim invalid under any of the categories in sections 2-6:

8. Do you unanimously find that Presidio has proven by clear and convincing evidence that ATC willfully infringed any of the claims in suit of the '356 patent?

Yes __X__    No _____

**FINDINGS ON FALSE MARKING**

(This question regarding false marking should be answered regardless of your findings with respect to any other issues.)

9. With respect to marking of BB capacitors with the '356 patent before October 24, 2008, do you unanimously find ATC has proven by a preponderance of the evidence that Presidio did so for the purpose of deceiving the public? If you answer this question "Yes," then circle in (or write in) the date on which Presidio began such false marking, but in no event earlier than February 2006.

Yes _____     No __X__

False Marking Start Date:    February 2006

May 2007

December 2007

May 2008

Other _____

Dated: __12/16__, 2009

_____
Foreperson