Miles D. Grant (SBN 89766)
**GRANT & ZEKO, APC**
1331 India Street
San Diego, California 92101
Telephone; 619-233-7078
Facsimile: 619-233-7036
E-Mail: mgrant@grantandzeko.com

Gregory F. Ahrens (*Pro Hac Vice*)
Brett A. Schatz (*Pro Hac Vice*)
**WOOD, HERRON & EVANS, L.L.P.**
441 Vine Street
2700 Carew Tower
Cincinnati, Ohio 45202
Telephone: 513-241-2324
Facsimile: 513-421-7269
E-Mail: gahrens@whepatent.com
         bschatz@whepatent.com

Attorneys for Plaintiff
PRESIDIO COMPONENTS, INC.

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO COMPONENTS, INC. ) | Case No. 3:08-CV-00335-IEG-NLS |
| ) | |
| Plaintiff, ) | **PLAINTIFF PRESIDIO** |
| ) | **COMPONENTS, INC.'S NOTICE** |
| v.  ) | **OF MOTION AND MOTION FOR** |
| ) | **POST TRIAL REMEDIES** |
| AMERICAN TECHNICAL ) | |
| CERAMICS CORP., ) | Hearing Date: February 26, 2010 |
| ) | Hearing Time: 9:00 am |
| Defendant. ) | Courtroom 1 |
| ) | |
| _____) | |

      Plaintiff Presidio Components, Inc. ("Presidio") hereby moves for an order: (1) awarding Presidio supplemental damages, (2) awarding Presidio treble damages; (3) finding that Defendant American Technical Ceramics Corp.'s ("ATC") willful infringement of United States Patent No. 6,816,356, (hereinafter "the '356 patent") and other misconduct warrants a finding of an "exceptional case"; (4) awarding Presidio its attorneys' fees; (5) awarding Presidio prejudgment and postjudgment interest; and (6) awarding Presidio its costs incurred in this litigation.

      As grounds for this motion, Presidio incorporates by reference as if fully set forth herein Presidio's Memorandum of Points and Authorities in Support, together with any additional filings on this topic and any oral argument.

      WHEREFORE, Presidio respectfully requests that the Court grant its motion.

Dated: <u>January 29, 2010</u>　　　　Respectfully submitted,

WOOD, HERRON & EVANS L.L.P.

By: s/ Brett A. Schatz
    Gregory F. Ahrens
    Brett A. Schatz
    Attorneys for Plaintiff
    PRESIDIO COMPONENTS, INC.

# PROOF OF SERVICE

**STATE OF OHIO** )
) **ss.**
**COUNTY OF HAMILTON** )

I am employed in the County of Hamilton, State of Ohio. I am over the age of 18 and not a party to the within action. My business address is: 2700 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202.

On January 29, 2010, I served **PLAINTIFF PRESIDIO COMPONENTS, INC.'S NOTICE OF MOTION AND MOTION FOR POST TRIAL REMEDIES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope at Cincinnati, Ohio addressed as follows:

| | |
|---|---|
| Daniel T. Pascucci | Marvin S. Gittes |
| Nathan R. Hamler | Timur E. Slonim |
| MINTZ, LEVIN, COHN, FERRIS, | Peter F. Snell |
| GLOVSKY AND POPEO, P.C. | MINTZ, LEVIN, COHN, FERRIS, |
| 3580 Carmel Mountain Road, Suite 300 | GLOVSKY AND POPEO, P.C. |
| San Diego, California 92130 | 66 Third Avenue |
| | New York, NY  10017 |

Attorneys for Defendant AMERICAN TECHNICAL CERAMICS CORP.

[X]     (**BY MAIL AND EMAIL**) The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Cincinnati, Ohio in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]     (**BY HAND DELIVERY**)    I caused the attached document to be personally delivered to the above named individual.

[ ]     (**BY FACSIMILE**)   I delivered such document by facsimile to the ABOVE persons at the facsimile telephone numbers listed ABOVE as a courtesy.

[ ]     (**FEDERAL**)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 29, 2010 at Cincinnati, Ohio.

s/ Brett A. Schatz
Brett A. Schatz

PRESIDIO COMPONENTS, INC.'S
MOTION FOR POST TRIAL REMEDIES
Case No. 3:07-cv-0893 IEG NLS                 3