# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO COMPONENTS, INC., <br><br> Plaintiff, <br> vs. <br><br> AMERICAN TECHNICAL CERAMICS CORP., <br><br> Defendant. | CASE NO. 08cv335-IEG(NLS) <br><br> Order Directing Clerk to Enter Judgment |

Based upon the jury's verdict of December 16, 2009, the Court's April 13, 2010 order regarding post-trial motions, and the Court's August 5, 2010 order setting supplemental damages, The Clerk is directed to enter judgment as follows:

1. In favor of Plaintiff Presidio Components, Inc. and against Defendant American Technical Ceramics Corp. ("ATC") on Presidio's claim that ATC's 545L capacitors infringe the asserted claims of the '356 patent;

2. In favor of Defendant American Technical Ceramics Corp. and against Presidio Components, Inc. on Presidio's claim for willful infringement;

3. In favor of Plaintiff Presidio Components, Inc. and against Defendant American Technical Ceramics Corp. on ATC's invalidity defenses of anticipation, obviousness, inventorship, written description requirement, and enablement;

1    4.    In favor of Plaintiff Presidio Components, Inc. and against Defendant American Technical Ceramics Corp. for $1,048,677 in lost profits through December 1, 2009;

2    5.    In favor of Plaintiff Presidio Components, Inc. and against Defendant American Technical Ceramics Corp. for $235,172.68 in supplemental damages for ATC's infringement from December 1, 2009 to April 13, 2010;

3    6.    In favor of Plaintiff Presidio Components, Inc. and against Defendant American Technical Ceramics Corp. for ongoing royalty after April 13, 2010 at a rate of 12% of the wholesale price for each infringing 545L capacitor sold by ATC;

4    7.    In favor of American Technical Ceramics Corp. and against Presidio Components, in the amount of $228,086.25 on ATC's claim of false marking.

**IT IS SO ORDERED**.

**DATED: October 26, 2010**

*(signature)*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**