Miles D. Grant (SBN 89766)
**GRANT & ZEKO, APC**
1331 India Street
San Diego, California 92101
Telephone; 619-233-7078
Facsimile: 619-233-7036
E-Mail: mgrant@grantandzeko.com

Gregory F. Ahrens (*Pro Hac Vice*)
Brett A. Schatz (*Pro Hac Vice*)
**WOOD, HERRON & EVANS, L.L.P.**
441 Vine Street
2700 Carew Tower
Cincinnati, Ohio 45202
Telephone: 513-241-2324
Facsimile: 513-421-7269
E-Mail: gahrens@whepatent.com
         bschatz@whepatent.com

Attorneys for Plaintiff
PRESIDIO COMPONENTS, INC.

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO COMPONENTS, INC. ) | Case No. 3:08-CV-00335-IEG-NLS |
| ) | |
| Plaintiff, ) | **PLAINTIFF PRESIDIO** |
| ) | **COMPONENTS, INC.'S** |
| v. ) | **MOTION AND NOTICE OF** |
| ) | **MOTION FOR SUPPLEMENTAL** |
| AMERICAN TECHNICAL ) | **DAMAGES** |
| CERAMICS CORP., ) | |
| ) | |
| Defendant. ) | Hearing Date: June 26, 2013 |
| ) | Hearing Time: 1:30 pm |
| ) | Courtroom 4D |
| ) | |

PLEASE TAKE NOTICE that Plaintiff Presidio Components, Inc. ("Presidio") hereby moves the Court for an Order awarding supplemental damages. Because Defendant American Technical Ceramics Corp. ("ATC") continues to sell its infringing 545L capacitor, Presidio is entitled to compensation for those sales in an amount consistent with the damages awarded by the jury, in accordance with well-established Federal Circuit precedent. The Court should assess those supplemental damages through the date on which the Court enters a permanent injunction.[1] The law on this point is clear – supplemental damages are calculated consistent with the damages awarded in the jury verdict, *i.e.*, $1.34 per infringing 545L capacitor. Further, according to the Federal Circuit, those supplemental damages are to be assessed for all sales until entry of an injunction.

This Motion is based on this Notice and Motion, Presidio's Memorandum of Points and Authorities in support, and all exhibits thereto, which are being submitted simultaneously herewith.

Dated: May 13, 2013               Respectfully submitted,

                                  WOOD, HERRON & EVANS L.L.P.


                                  By: s/ Brett A. Schatz
                                      Gregory F. Ahrens
                                      Brett A. Schatz
                                      Attorneys for Plaintiff
                                      PRESIDIO COMPONENTS, INC.

---

[1] In view of the Federal Circuit's recent finding that the Court erred in finding no irreparable injury and abused its discretion when it denied Presidio's request for a permanent injunction, Presidio has simultaneously filed a Motion for Permanent Injunction.

PRESIDIO COMPONENTS, INC.'S NOTICE
OF ITS MOTION FOR SUPPLEMENTAL DAMAGES
Case No. 3:08-cv-00335 IEG NLS                 1

# PROOF OF SERVICE

**STATE OF OHIO** )
) ss.
**COUNTY OF HAMILTON** )

I am employed in the County of Hamilton, State of Ohio. I am over the age of 18 and not a party to the within action. My business address is: 2700 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202.

On May 13, 2013, I served **PLAINTIFF PRESIDIO COMPONENTS, INC.'S MOTION AND NOTICE OF MOTION FOR SUPPLEMENTAL DAMAGES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope at Cincinnati, Ohio addressed as follows:

| | |
|---|---|
| Benjamin L. Wagner | Marvin S. Gittes |
| MINTZ, LEVIN, COHN, FERRIS, | Timur E. Slonim |
| GLOVSKY AND POPEO, P.C. | Peter F. Snell |
| 3580 Carmel Mountain Road, Suite 300 | MINTZ, LEVIN, COHN, FERRIS, |
| San Diego, California 92130 | GLOVSKY AND POPEO, P.C. |
| | 666 Third Avenue |
| | New York, NY  10017 |

Attorneys for Defendant AMERICAN TECHNICAL CERAMICS CORP.

[X]    (**BY MAIL AND EMAIL**) The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Cincinnati, Ohio in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (**BY HAND DELIVERY**)    I caused the attached document to be personally delivered to the above named individual.

[ ]    (**BY FACSIMILE**)    I delivered such document by facsimile to the ABOVE persons at the facsimile telephone numbers listed ABOVE as a courtesy.

[ ]    (**FEDERAL**)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 13, 2013 at Cincinnati, Ohio.

s/ Brett A. Schatz
Brett A. Schatz

PRESIDIO COMPONENTS, INC.'S NOTICE
OF ITS MOTION FOR SUPPLEMENTAL DAMAGES
Case No. 3:08-cv-00335 IEG NLS                    2